ANOUSH HAKIMI (State Bar No. 228858)
anoush@handslawgroup.com
PETER SHAHRIARI (State Bar No. 237074)
peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
7080 Hollywood Blvd., Suite 804
Los Angeles, CA 90028

Telephone: (323) 672 - 8281
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**MIA LABOWITZ**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mia Labowitz,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LLW Sunset LLC, a California Limited Liability Company; Rambutan Thai, a California Corporation d/b/a/ Same Same Thai; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-06407-DSF-SK<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY STIPULATED by and between the Plaintiff Mia Labowitz on the one hand, and Defendants LLW Sunset LLC, a California Limited Liability Company; Rambutan Thai, a California Corporation d/b/a/ Same Same Thai, on the other hand, by themselves and/or through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendants LLW Sunset LLC, a California Limited Liability Company; Rambutan Thai, a California Corporation

d/b/a/ Same Same Thai, from Plaintiff's Complaint, Case Number 2:20-cv-06407-DSF-SK. The parties herein reached settlement of the present action.

Since no Defendants shall remain in this action, Plaintiffs request that Plaintiff's Complaint be dismissed with prejudice in its entirety. Each party will be responsible for their own fees and costs.

**IT IS SO STIPULATED.**

Dated: September 23, 2020   **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: /s/Anoush Hakimi
Anoush Hakimi, Esq.
Attorneys for Plaintiff, Mia Labowitz

Dated: September 23, 2020   **COUNSELOR & ADVOCATE AT LAW**

By: /s/James S. Link
James S. Link, Esq.
Attorneys for Defendants,
LLW Sunset LLC; Rambutan Thai, a California Corporation d/b/a/ Same Same Thai;

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

ANOUSH HAKIMI

*/s/ Anoush Hakimi*
By: Anoush Hakimi
Attorney for Plaintiff Mia Labowitz

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS